UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Stephanie F. Ritigstein, Esquire

Order Filed on June 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case Number: _____19-20294_____ |
| James Gallagher | Hearing Date: _____ |
| debtor(s) | Judge: _____ABA_____ |
| | Chapter: _____13_____ |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 19-20294-ABA   Doc 13   Filed 06/04/19   Entered 06/05/19 13:38:17   Desc Imaged
Certificate of Notice   Page 2 of 3

Case 19-20294-ABA   Doc 11   Filed 06/04/19   Entered 06/04/19 11:38:17   Desc Imaged
Proposed Order application to extend time to file missing schedules   Page 2 of 2

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____June 18, 2019_____.

☐   Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-20294-ABA
James J. Gallagher, Jr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 12, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db              +James J. Gallagher, Jr.,    7 Dalton Place,    Sicklerville, NJ 08081-3039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
        rsolarz@kmllawgroup.com
        Stephanie F. Ritigstein    on behalf of Debtor James J. Gallagher, Jr. jenkins.clayman@verizon.net,
        connor@jenkinsclayman.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 4