Form 196 – ntcadminerror

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  19−20294−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James J. Gallagher Jr.
   7 Dalton Place
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5258

Employer's Tax I.D. No.:

### AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On 06/19/2019 a Notice of Hearing on Confirmation of Chapter 13 Plan was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Incorrect confirmation hearing: 8/28/19 @ 10:00

Corrected to state:
Correct confirmation hearing: 7/24/19 @ 10:00 am

    The amendment of this notice does not affect deadlines that have been previously set.

Dated: June 20, 2019
JAN: bed

                                                                                          Jeanne Naughton
                                                                                        Clerk