Form 196 – ntcadminerror

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−20294−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James J. Gallagher Jr.
    7 Dalton Place
    Sicklerville, NJ 08081
Social Security No.:
    xxx−xx−5258
Employer's Tax I.D. No.:

---

### AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 06/19/2019 a Notice of Hearing on Confirmation of Chapter 13 Plan was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Incorrect confirmation hearing: 8/28/19 @ 10:00

Corrected to state:
Correct confirmation hearing: 7/24/19 @ 10:00 am

The amendment of this notice does not affect deadlines that have been previously set.

Dated: June 20, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-20294-ABA
James J. Gallagher, Jr.                                                   Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jun 20, 2019
                             Form ID: 196              Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db            +James J. Gallagher, Jr.,    7 Dalton Place,   Sicklerville, NJ 08081-3039
518273587     +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
518308891     +ED Financial/ESA,   120 N. Seven Oaks Drive,   Knoxville, TN 37922-2359
518259003     +Mr. Cooper,   c/o KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,
               Collingswood, NJ 08108-2812
518308890      Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,   Dallas TX 75063
518308893     +Susan Gallagher,   7 Dalton Place,   Sicklerville, NJ 08081-3039
518308892     +Verizon,   C/o Debt Recovery Solutions,   6800 Jericho Turnpike,   Ste 113E,
               Syosset, NY 11791-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 23:45:40     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 23:45:37     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518311169      E-mail/Text: bankruptcy@sw-credit.com Jun 20 2019 23:45:40     Comcast,
               c/o Southwest Credit Systemts, LP,   4120 Interational Pkwy, Ste. 1100,
               Carrollton, TX  75007 -1958
                                                                                        TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
              rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein   on behalf of Debtor James J. Gallagher, Jr. jenkins.clayman@verizon.net,
              connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4