| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828056<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | |
| In Re:<br><br>JAMES J. GALLAGHER, JR | Case No: 19-20294 - ABA<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER</u> with regards to its mortgage. Said Mortgage was recorded on January 20, 2010, Book 09168, Page 0925 on the real property, located at 7 DALTON PLACE, SICKLERVILLE, NJ 08081-3039 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

| | |
|---|---|
| Dated: August 7, 2019 | /s/ Nicholas V. Rogers<br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>Tel: 856-813-5500 Ext. 42689<br>Fax: 856-813-5501<br>Email: nicholas.rogers@phelanhallinan.com |