_____
**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 103233B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **In re:** | :     **CASE NO. 19-20294-ABA** |
|  | :     **CHAPTER 13** |
| James J. Gallagher, Jr. | :     **ENTRY OF APPEARANCE AND** |
|  |        **REQUEST FOR SERVICE** |
| Debtor | :     **OF NOTICES, PLEADINGS, ETC.** |
|  | : |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, U.S. Bank National Association, not in its individual capacity but soley as trustee for the RMAC Trust, Series 2016-CTT, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318

 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
U.S. Bank National Association, not in its individual capacity but soley as trustee for the RMAC Trust, Series 2016-CTT

DATED: October 2, 2019

U.S. Bank National Association, not in its individual capacity but soley as trustee for the RMAC Trust, Series 2016-CTT
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708