B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re James J. Gallagher, Jr.                                    Case No. 19-20294-ABA

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

Phone:   888-504-6700
Last Four Digits of Acct #:   4466

Court Claim # (if known): 2-1

Amount of Claim: $ 87,055.66

Date Claim Filed: 07/02/2019

Phone:  877-343-5602
Last Four Digits of Acct. #:   4905

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

Phone :   888-504-6700
Last Four Digits of Acct #:   4466

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman                              Date   10/16/2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**mr. cooper®**
CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.mrcooper.com

JAMES JOSEPH GALLAGHER
7 DALTON PL
SICKLERVILLE, NJ 08081

8/15/2019

**YOUR INFO**
**LOAN NUMBER:**
**PROPERTY ADDRESS:**
7 DALTON PL
SICKLERVILLE, NJ 08081

Dear JAMES JOSEPH GALLAGHER:

The servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Mr. Cooper to Rushmore Loan Management Services LLC, effective 9/1/2019.

This transfer does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan such as where to send your payments or make inquiries related to the mortgage loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Mr. Cooper. If you have any questions relating to the transfer of servicing, please do not hesitate to contact our Customer Service Department at 888-480-2432 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

**Your new Servicer will be Rushmore Loan Management Services LLC. If you have any questions relating to the transfer of servicing to your new servicer, you may call the Customer Service Department of your new servicer at 1-888-504-6700 between the hours of Monday through Thursday, 6:00 a.m. to 7:00 p.m., Friday, 6:00 a.m. to 6:00 p.m.(PST).**

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY



Please note the following important address information for **Rushmore Loan Management Services LLC**:

Correspondence Address:
Rushmore Loan Management Services LLC
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618

Payment Address:
Rushmore Loan Management Services LLC
P.O. Box 514707
Los Angeles, CA 90051-4707

**The date that your present servicer will stop accepting payments from you is 8/31/2019. The date that your new servicer will start accepting payments from you is 9/1/2019. Send all payments due on or after that date to your new servicer.**

The transfer of the servicing of the mortgage loan will require you to contact all hazard and flood insurers to add Rushmore Loan Management Services LLC as loss payee at the below address. For escrow accounts, insurers need to send billing statements/invoices to the Rushmore Loan Management Services LLC Loss Payee. **Be sure to provide Rushmore Loan Management Services LLC with a copy of the Notice to the Insurance Provider.**

Rushmore Loan Management Services LLC
Its Successors and/or Assigns ATIMA
P.O. Box 692409
San Antonio, TX 78269-2409

If your loan has optional insurance, your mortgage life insurance, disability insurance and/or other optional products will be discontinued at the time of transfer. If you wish to maintain coverage, you must contact your provider about direct billing. If your loan does not have optional products, and you wish to obtain them, you will need to contact your new service provider.

If you are making payments to the present servicer by means of automatic deduction, this service will not continue with the new servicer, and any payments currently scheduled to draft after the effective transfer date 9/1/2019, will be cancelled. To set up automatic deduction with your new servicer, please contact their customer service department.

If you authorize your bank or credit union online bill payment system to automatically pay your mortgage payment, you will need to tell your bank or credit union to make those payments to the new servicer.

If you are currently participating in, or being considered for, a foreclosure avoidance program or loan modification program, we will be transferring any supporting documentation you may have submitted to us to your new servicer. Until the transfer date, you should continue to make your payments (i.e., trial payments, if attempting to qualify for a modification) to us. After transfer, you should make all payments to **Rushmore Loan Management Services LLC** until such time that you are provided additional direction. Unless you have received a decision from us regarding qualification for these programs, decisions regarding qualification for these programs will be made by Rushmore Loan Management Services LLC . If you have received a decision from us, Rushmore Loan Management Services LLC will be



advised of that decision and will complete the processing of your workout, in accordance with that decision.

Under federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late and a late fee may not be imposed on you.

Sincerely,

Mr. Cooper



This Page Intentionally Left Blank

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____            _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*