| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 828056 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| In Re: <br><br> JAMES J. GALLAGHER, JR |

Case No: 19-20294 - ABA

Hearing Date:

Judge: Andrew B. Altenburg, Jr

Chapter: 13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE DOCUMENT NUMBER 33 FILED ON 8/7/2019, BY NICHOLAS V. ROGERS ON BEHALF OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER.

Date: 01/16/2020              /s/ Robert J. Davidow
                              Signature

*rev.8/1/15*