Order Filed on May 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>James Gallagher Jr.<br>debtor | Case No.: 19-20294<br><br>Chapter: 13<br><br>Hearing Date: 4/6/2020<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: May 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$395.00</u> for services rendered and expenses in the amount of <u>$15.10</u> for a total of <u>$410.10</u> The allowance is payable:

   <u>X</u>  through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $486 per month starting May 2020 for 49 months to allow for payment of the above fee.