| | |
|---|---|
| Printed on: 12/31/2020 | Page 1 of 2 |
| ISABEL C. BALBOA [*ICB-99001-00*] | |

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 19-20294 (ABA)**

James J. Gallagher, Jr.
7 Dalton Place
Sicklerville, NJ  08081

Monthly Payment: $486.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2020 | $220.15 | 01/27/2020 | $220.15 | 02/10/2020 | $220.15 | 02/20/2020 | $220.15 |
| 03/04/2020 | $220.15 | 03/20/2020 | $220.15 | 04/03/2020 | $220.15 | 04/21/2020 | $220.15 |
| 05/04/2020 | $220.15 | 05/15/2020 | $220.15 | 05/27/2020 | $220.15 | 06/12/2020 | $220.15 |
| 06/25/2020 | $220.15 | 07/14/2020 | $224.31 | 07/21/2020 | $224.31 | 08/07/2020 | $224.31 |
| 08/25/2020 | $224.31 | 09/02/2020 | $224.31 | 09/17/2020 | $224.31 | 09/29/2020 | $224.31 |
| 10/16/2020 | $224.31 | 11/02/2020 | $224.31 | 11/17/2020 | $224.31 | 12/01/2020 | $224.31 |
| 12/11/2020 | $224.31 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JAMES J. GALLAGHER, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,087.48 | $4,087.48 | $0.00 | $4,087.48 |
| 0 | JENKINS & CLAYMAN | 13 | $410.10 | $410.10 | $0.00 | $0.00 |
| 1 | U.S. BANK, N.A. | 24 | $28,232.14 | $10,732.73 | $17,499.41 | $5,831.07 |
| 2 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | JAMES J. GALLAGHER JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | STEPHANIE F. RITIGSTEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | 33 | $130.75 | $0.00 | $130.75 | $0.00 |
| 7 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 2.00 | $0.00 |
| 08/01/2019 | Paid to Date | $9,479.77 |
| 09/01/2019 | 8.00 | $477.00 |
| 05/01/2020 | 49.00 | $486.00 |
| 06/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,553.67 |
| Total paid to creditors this period: | $9,918.55 |
| Undistributed Funds on Hand: | $410.94 |
| Arrearages: | $168.98 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**