| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | **Order Filed on April 12, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>James J. Gallagher, Jr.,<br>Debtor | Case No.: 19-20294<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  ABA |

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 12, 2024**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | James J. Gallagher, Jr. |
| Case No: | 19-20294 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #48 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, American National Red Cross, shall no longer make disbursements to the Standing Chapter 13 Trustee.