| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | |

Order Filed on April 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>　　　James J. Gallagher, Jr.,<br>　　　　　　Debtor | Case No.: 19-20294<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  ABA |

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: April 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:              James J. Gallagher, Jr.

Case No:             19-20294

Caption of Order:    Order Terminating Wage Order

---

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #48 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, American National Red Cross, shall no longer make disbursements to the Standing Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 19-20294-ABA

James J. Gallagher, Jr.                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                          Page 1 of 2

Date Rcvd: Apr 12, 2024                        Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + James J. Gallagher, Jr., 7 Dalton Place, Sicklerville, NJ 08081-3039

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Andrew B Finberg
     ecfmail@standingtrustee.com

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jeffrey E. Jenkins
     on behalf of Debtor James J. Gallagher  Jr. mail@jjenkinslawgroup.com, JenkinsClayman@jubileebk.net

Melissa N. Licker
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Robert P. Saltzman
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust,

District/off: 0312-1                     User: admin                                    Page 2 of 2

Date Rcvd: Apr 12, 2024                  Form ID: pdf903                           Total Noticed: 1

Series 2016-CTT c/o Rushmore Loan Management Services dnj@pbslaw.org

Stephanie F. Ritigstein

on behalf of Debtor James J. Gallagher  Jr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8